UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHNNY LEE JONES,<br><br>Plaintiff<br><br>v.<br><br>SGT. STOLK, et al.,<br><br>Defendants | Case No.: 3:22-cv-00502-ART-CSD<br><br>**Order**<br><br>Re: ECF Nos. 3, 4, 5, 8 |

Plaintiff, who is a prisoner in custody of the Nevada Department of Corrections, filed an application to proceed in forma pauperis (IFP) and civil rights complaint pursuant to 42 U.S.C. § 1983.(ECF Nos. 1, 1-1.)

The district court screened Plaintiff's complaint and allowed him to proceed with the following claims: (1) an excessive force claim in Count I against Chet Rigney, Guzman, Gonzales, and Drummond; (2) a First Amendment retaliation claim in Count III against Chet Rigney and Drummond; (3) a First Amendment retaliation claim in Count IV against John Doe 1, when Plaintiff learns his or her identity; (4) an Eighth Amendment deliberate indifference to serious medical need claim in Count II against Guzman, Gonzales, and Kicklord; (5) a First Amendment retaliation claim in Count V against Lieutenant Rigney (Chet Rigney's father), Cox, and Underwood; (6) a First Amendment retaliation claim in Count VIII against Stolk; (7) an Eighth Amendment deliberate indifference to serious medical need claim in Count VI against Dr. Exum; (8) a Fourteenth Amendment equal protection claim in Count VII against Chet Rigney. (ECF No. 6.)

Plaintiff has filed a motion for preliminary injunction and temporary restraining order. (ECF Nos. 3, 4.) He also filed an emergency motion for a telephonic or video conference (ECF No. 5), and a motion to supplement those motions, or alternatively, a motion for an evidentiary hearing (ECF No 8).

Preliminarily, Plaintiff's motion at (ECF No. 8 is **GRANTED** insofar as the court will permit ECF No. 8 to serve as Plaintiff's supplement to the motions at ECF Nos. 3, 4, and 5.

Within **14 days** of the date of this Order, the Attorney General's Office shall advise the court whether it will enter a limited notice of appearance on behalf of Defendants for the purpose of responding to Plaintiff's motion for preliminary injunction and temporary restraining order and supplement, as well as his request for a telephonic or video conference. If the Attorney General's Office is willing to enter a limited notice of appearance, then also within **14 days** of the date of this Order, the Attorney General's Office shall file a response to Plaintiff's motion and supplement as well as his motion for a telephonic or video conference. Plaintiff will have **seven days** from the date he receives the response to file a reply brief. The court will then determine whether to hold a hearing or issue a report and recommendation.

The Clerk of Court shall electronically serve a copy of this Order, a copy of Plaintiff's complaint (ECF No. 7 ), a copy of the order screening the complaint (ECF No. 6), as well as a copy of Plaintiff's motion for preliminary injunction and temporary restraining order (ECF Nos. 3, 4), emergency motion for telephonic or video conference (ECF No. 5), and supplement (ECF No. 8) on the Nevada Attorney General's Office by adding the Nevada Attorney General's Office to the docket sheet. This will not constitute a general appearance.

Plaintiff is advised that there is still a stay entered in this case while the parties participate in the court's early mediation program. As such, Plaintiff shall not file any other documents with

the court while the stay is in place except for his reply brief as directed in this Order or any other document ordered by the court.

**IT IS SO ORDERED**.

Dated: December 9, 2022

                                                        _____
                                                        Craig S. Denney
                                                        United States Magistrate Judge