# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JOHNNY LEE JONES, III,

    Plaintiff

v.

SGT. STOLK, et al.,

    Defendants

Case No.: 3:22-cv-00502-ART-CSD

**Order**

Re: ECF No. 51

District Judge Traum screened Plaintiff's complaint and allowed him to proceed with claims against the following defendants: Cox, Drummond, Dr. Exum, Gonzales, Guzman, Kicklord, Chet Rigney, Lt. Rigney, Stolk, Underwood and John Doe 1. (ECF No. 6.)

On March 29, 2023, the Attorney General's Office filed a notice indicating it accepts service on behalf of the following defendants: Jesse Cox, Chet Rigney, Michael Stolk, James Underwood, Jose Guzman, and David Drummond. It does not accept service on behalf of Dr. Exum, Kicklord, or Gonzales, who could not be identified. (ECF No. 51.)

The notice does not address whether the Attorney General's Office accepts service for Lt. Rigney (who is apparently Correctional Officer Chet Rigney's father, and also works or worked at Ely State Prison).

On or before **April 7, 2023**, the Office of the Attorney General shall file a notice indicating whether it can accept service for Lt. Rigney. If it cannot accept service for Lt. Rigney, it shall file Lt. Rigney's last known address under seal (but shall not serve it upon the Plaintiff).

In addition, the Attorney General's Office is ordered to meet and confer with Plaintiff regarding the identity of Dr. Exum, Kicklord, and Gonzales.

**IT IS SO ORDERED**.

Dated: March 31, 2023

_____
Craig S. Denney
United States Magistrate Judge