UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOHNNY LEE JONES, III,

    Plaintiff

v.

SGT. STOLK, et al.,

    Defendants

Case No.: 3:22-cv-00502-ART-CSD

**Order**

Re: ECF No. 24, 29, 34, 46

Plaintiff has filed four documents that are titled as "open letters" to the assigned Deputy Attorney General (DAG). (ECF Nos. 24, 29, 34, 36.) In these letters, Plaintiff asks the assigned DAG to withdraw an argument from a filing.

Courts have inherent power to control their dockets *see Ready Transp., Inc. v. AAR Mfg., Inc.*, 627 F.3d 402, 404 (9th Cir. 2010) (citations omitted), and to "achieve the orderly and expeditious disposition of cases." *Chambers v. Nasco, Inc.*, 501 U.S. 32, 43 (1991). "This includes the power to strike items from the docket as a sanction for litigation conduct." *Ready*, 627 F.3d at 404 (citations omitted); *see also Wallace v. U.S.A.A. Life General Agency, Inc.*, 862 F.Supp.2d 1062, 1068 (D. Nev. 2012) (citing *Ready*, 627 F.3d at 404). "Such power is indispensable to the court's ability to enforce its orders, manage its docket, and regulate insubordinate...conduct." *Id.* (citing *Mazzeo v. Gibbons*, No. 2:08-cv-01387-RLH-PAL, 2010 WL 3910072, at * 2 (D. Nev. Sept. 30, 2010)).

If Plaintiff wishes to request that opposing counsel withdraw an argument, he should send a letter to opposing counsel, which should **not** be filed with the court. If Plaintiff seeks relief from the court, the document should be styled as a motion. However, a request that an argument

be withdrawn is not a proper topic for a motion. Plaintiff's assertion that an argument is inappropriate may be properly raised in a reply brief that responds to an opposition filed by the other side.

The Clerk shall **STRIKE** from the record ECF Nos. 24, 29, 34, and 46.

**IT IS SO ORDERED**.

Dated: April 3, 2023

_____
Craig S. Denney
United States Magistrate Judge