UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHNNY LEE JONES, | Case No.: 3:22-cv-00502-ART-CSD |
| Plaintiff | **Report & Recommendation of United States Magistrate Judge** |
| v. | |
| SGT. STOLK, et al., | Re: ECF Nos. 11, 12 |
| Defendants | |

This Report and Recommendation is made to the Honorable Anne R. Traum, United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice, LR 1B 1-4.

Plaintiff has filed emergency motions for a preliminary injunction or temporary restraining order. (ECF Nos. 11, 12.)

Plaintiff previously filed motions for a preliminary injunction or temporary restraining order. (ECF Nos. 3, 4.) After the complaint was screened, the undersigned issued an order requiring the Office of the Attorney General to file a notice indicating whether it would enter a limited appearance and response to those motions. (ECF No. 9.) Following the issuance of that order, Plaintiff filed, amongst many other filings, these emergency motions.

Under Local Rule 7-4, an emergency motion must be accompanied by a declaration setting forth the nature of the emergency, the address and phone number of the movant and all affected parties; as well as a statement certifying the moving party has attempted to meet and confer to resolve the issue that was unsuccessful, or, if the nature of the emergency precludes such a meet and confer, a statement including a detailed description of the emergency for the

court to evaluate whether a meet and confer truly was precluded. Emergency motions should be rare, and a failure to comply with these requirements may result in denial of the motion. LR 7-4.

Plaintiff's motions fail to comply with Local Rule 7-4, and should be denied on this basis. The court will address Plaintiff's previously filed motions for injunctive relief (ECF Nos. 3 and 4) in a separate report and recommendation.

## RECOMMENDATION

IT IS HEREBY RECOMMENDED that the District Judge enter an order **DENYING** Plaintiff's emergency motions for a preliminary injunction or temporary restraining order.

The parties should be aware of the following:

1. That they may file, pursuant to 28 U.S.C. § 636(b)(1)(C), specific written objections to this Report and Recommendation within fourteen days of being served with a copy of the Report and Recommendation. These objections should be titled "Objections to Magistrate Judge's Report and Recommendation" and should be accompanied by points and authorities for consideration by the district judge.

2. That this Report and Recommendation is not an appealable order and that any notice of appeal pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure should not be filed until entry of judgment by the district court.

Dated: April 3, 2023

_____
Craig S. Denney
United States Magistrate Judge