UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOHNNY LEE JONES,

    Plaintiff

v.

SGT. STOLK, et al.,

    Defendants

Case No.: 3:22-cv-00502-ART-CSD

**Order**

Re: ECF Nos. 14, 15

Plaintiff has filed two motions to submit a sworn declaration from a victim to support his motions for injunctive relief. (ECF Nos. 14, 15.)[1] Plaintiff states that he convinced inmate Javis Blake to provide a declaration to support Plaintiff's motions. Blakes' declaration details an alleged incident where correctional officers, including Lieutenant Rigney and his son, Chet Rigney, were using racial slurs against him and other African American inmates.

A party may file a motion, to which the opposing party may file a response, and then the moving party may file a reply. A party may not file a supplemental (additional) brief without leave of court in a motion which demonstrates good cause. The court may strike supplemental filings made without leave of court.

The declaration submitted by Plaintiff from inmate Blake details an alleged incident from September 2022. Plaintiff does not demonstrate good cause for the failure to file this declaration with his original motion (which was filed in November 2022), other than the vague statement that he finally convinced Blake to provide a declaration.

---

[1] These motions appear to be identical.

Plaintiff has filed numerous motions to supplement, none of which comply with the Local Rules. Supplemental briefing is not permitted without a showing of good cause. As Plaintiff's motion lacks this showing, his motions (ECF Nos. 14 and 15) are **DENIED**.

**IT IS SO ORDERED**.

Dated: April 3, 2023

_____
Craig S. Denney
United States Magistrate Judge