# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHNNY JONES,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>SGT. STOLK, et al.,<br><br>　　　　　　　　　Defendants. | 3:22-cv-00502-ART-CSD<br><br>**ORDER** |

**IT IS HEREBY ORDERED** that the Clerk shall arrange for a transcript of the June 2, 2023, Case Management Conference (ECF No. 110) at the Government's expense.

**IT IS FURTHER ORDERED** that the transcript shall be prepared on an expedited basis (i.e., within the **seven (7) day** timeframe).

DATED: June 2, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

1