AARON D. FORD
  Attorney General
JANET L. MERRILL (Bar No. 10736)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3370 (phone)
(702) 486-3773 (fax)
Email: jmerrill@ag.nv.gov gov

*Attorneys for Defendants*
*Jesse Cox, David Drummond,*
*Jose Guzman, Chet Rigney, Curtis Rigney,*
*Michael Stolk, and James Underwood.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHNNY LEE JONES,<br><br>      Plaintiff,<br><br>vs.<br><br>SGT. STOLK, et al.<br><br>      Defendants. | Case No. 3:22-cv-00502-MMD-CSD<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff, Johnny Lee Jones, and Defendants Jesse Cox, David Drummond, Jose Guzman, Chet Rigney, Curtis Rigney, Michael Stolk, and James Underwood, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Janet Merrill, Deputy Attorney General of the State of Nevada, Office of the Attorney General, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///

///

///

///

1  The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 23 day of August, 2023.          DATED this 1st day of November, 2023

                                                AARON D. FORD
                                                Attorney General

By:                                                           By: /s/ *Janet L. Merrill*
JOHNNY LEE JONES                                    JANET L. MERRILL (Bar No. 10736)
*Plaintiff*                                               Deputy Attorney General
                                                *Attorneys for Defendant*

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED ___November 1,_____, 2023.

_____
UNITED STATES JUDGE

# CERTIFICATE OF SERVICE

I certify that I am an employee of the State of Nevada, Office of the Attorney. On November 1, 2023, I electronically filed the foregoing **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** via this Court's electronic filing system. Parties who are registered with this Court's electronic filing system will be served electronically.

Johnny Lee Jones #82533
Care of HDSP Law Librarian
High Desert State Prison
P.O. Box 650
Indian Springs, NV 89070
HDSP_LawLibrary@doc.nv.gov

_____
An employee of the
Office of the Nevada Attorney General